UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

vs. FINAL ORDER IN GARNISHMENT

Theresa Ann Stately,

Defendant,

Red Lake Foods,

Garnishee. Crim. No. 02-277(01)(RHK/RLE)

The parties stipulated to a $50 per month garnishment. A copy of the Stipulation for Final Order in Garnishment is on file with the Clerk of Court. Defendant has waived her right to a hearing as to this garnishment action.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $50 per month of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Clerk of Court" monthly in care of the U.S. Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff monthly as they become due and owing.

Dated: January 19, 2007 BY THE COURT:

s/Raymond L. Erickson

Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE