PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Theresa Ann Stately**

**Docket No. 0:02CR00277-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Theresa Ann Stately** who was sentenced for Assault Resulting in Serious Bodily Harm on May 30, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Alcohol aftercare; financial disclosure; and restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On December 6, 2006, the defendant submitted a sweat patch which tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 20 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 22d day of January, 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on January 18, 2007
Place Bemidji

c: United States Sentencing Commission

SCANNED
JAN 2 2 2007
U.S. DISTRICT COURT ST. PAUL