Prob 49

FILED BY CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Theresa Ann Stately

Docket No. 0:02CR00277-001(RHK)

## HEARING WAIVER

I, Theresa Ann Stately, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 20 hours of community service, as approved by the probation officer.

Signed: Theresa A. Stately
Theresa Ann Stately
Supervised Releasee

Dated: 1/17/07

Witness: Joan L. White
Joan L. White
U.S. Probation Officer

SCANNED
JAN 22 2007
U.S. DISTRICT COURT ST. PAUL