FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Theresa Ann Stately**

**Docket No. 0:02CR00277-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Theresa Ann Stately** who was sentenced for Assault resulting in Serious Bodily Harm on May 30, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Alcohol aftercare; financial disclosure; and restitution
20 hours of community service (modified January 22, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess or use a controlled substance.

On January 4, 2007, the defendant submitted a sweatpatch which tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 12th day of February, 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on February 9, 2007
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer
Telephone: 612-664-5354

SCANNED
FEB 11 2007
U.S. DISTRICT COURT ST. PAUL

c: United States Sentencing Commission