Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Theresa Ann Stately

Docket No. 0:02CR00277-001(RHK)

**HEARING WAIVER**

I, Theresa Ann Stately, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed:

Theresa Ann Stately
Supervised Releasee

Dated: 2/8/07

Witness:

Joan L. White
U.S. Probation Officer

SCANNED
FEB 11 2007
U.S. DISTRICT COURT ST. PAUL