PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Theresa Ann Stately**

**Docket No. 0:02CR00277-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Theresa Ann Stately** who was sentenced for Assault Resulting in Serious Bodily Harm on May 30, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Alcohol aftercare; financial disclosure; and $7,115.92 restitution

20 hours of community service (modified January 22, 2007, for marijuana use)

60 days home detention with electronic monitoring (modified February 12, 2007, for marijuana use)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant shall participate in a program for alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On August 1, 2007, the defendant missed a scheduled drug test. The defendant admitted that she did not wake up until noon that day and missed the testing.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
AUG 10 2007
U.S. DISTRICT COURT ST. PAUL

The defendant shall participate in a program for substance abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

The defendant shall perform 15 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 10th day of August, 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on August 9, 2007
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission