Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Theresa Ann Stately

Docket No. 0:02CR00277-001(RHK)

**HEARING WAIVER**

I, Theresa Ann Stately, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate in a program for substance abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.
>
> The defendant shall perform 15 hours of community service, as approved by the probation officer.

Signed: ____________________

Theresa Ann Stately
Supervised Releasee

Dated: 8/9/07

Witness: ____________________

SCANNED
AUG 10 2007
U.S. DISTRICT COURT ST. PAUL