UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-277 RHK/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THERESA STATELY,<br><br>Defendant,<br><br>RED LAKE FOODS,<br><br>Garnishee. | ) | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Theresa Stately, the judgment debtor, and
Red Lake Foods, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Theresa Stately.

A Stipulation for Final Order in Garnishment was signed by all interested parties and executed on or about January 18, 2007. Pursuant to the Final Order in Garnishment, the garnishee has withheld the sums reflected on the attached payment history.

Dated: January 23, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ M. Trippler
BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600