**United States Department of Justice**
**Consolidated Debt Collection System**

**Single Liability Payment History**

**Report Level:** MN

**For Report Parameters:** 2003B10064 ,001 ,949511

## PAYMENTS

| CDCS NBR | | Name | | Collect Type | | Court Nbr | | Priority Code | | Scheduled Payment Amount | Scheduled Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003B10064/001 | | Stately, Theresa | | 6B | | 02-277 RHK/RLE | | 03 | | |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0020 | PMNT | 02/01/2007 | GC | H | Red Lake Retail Ctr | | 4641010543 | | 02/02/2007 | $50.00 |
| 0022 | PMNT | 03/01/2007 | GC | H | Red Lake REtail Cent | | 11327 | | 03/02/2007 | $50.00 |
| 0024 | PMNT | 04/09/2007 | GC | H | Red Lake Retail | | 4641012288 | | 04/10/2007 | $50.00 |
| 0026 | PMNT | 04/30/2007 | GC | H | Red Lake Retail | | 4641012769 | | 05/01/2007 | $50.00 |
| 0028 | PMNT | 05/25/2007 | CL | A | Red Lake Retail | | 4641013448 | | 05/29/2007 | $50.00 |
| 0030 | PMNT | 06/22/2007 | GC | H | Red Lake Retail | | 4641014152 | | 06/25/2007 | $50.00 |
| 0032 | PMNT | 08/06/2007 | CL | A | Red Lake Retail | | 4641015259 | | 08/08/2007 | $50.00 |
| 0034 | PMNT | 08/30/2007 | GC | H | Red Lake Retail | | 4641015799 | | 08/31/2007 | $50.00 |
| 000044 | PMNT | 10/01/2007 | CL | A | Red Lake Retail Cent | | 4641016535 | | 10/16/2007 | $50.00 |
| 000048 | PMNT | 10/25/2007 | GC | H | Red Lake Retail Cent | | 4641017186 | | 10/26/2007 | $25.00 |
| 000050 | PMNT | 11/14/2007 | GC | H | Red Lake Retail | | 4641017621 | | 11/15/2007 | $25.00 |
| 000052 | PMNT | 11/26/2007 | GC | H | Red Lake Retail | | 4641017862 | | 11/27/2007 | $25.00 |

# United States Department of Justice
# Consolidated Debt Collection System

## Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2003B10064 ,001 ,949511

| **CDCS NBR** | | **Name** | | **Collect Type** | | **Court Nbr** | | **Priority Code** | | **Scheduled Payment Amount** | **Scheduled Payment Date** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2003B10064/001 | | Stately, Theresa | | 6B | | 02-277 RHK/RLE | | 03 | | |

| **Seq Finance** | **Finance Code** | **Received Date** | **Payment Form** | **Received By Usao** | **Received From** | **Deposit Nbr** | **Check Nbr** | **Bop Deposit Nbr** | **Posting Date** | **Payment Amount** |
|---|---|---|---|---|---|---|---|---|---|---|
| 000054 | PMNT | 12/11/2007 | CL | A | T. Stately | | 4641018226 | | 12/12/2007 | $25.00 |
| 000056 | PMNT | 12/26/2007 | GC | H | red lake retail | | 44641018506 | | 12/28/2007 | $25.00 |
| 000058 | PMNT | 01/07/2008 | GC | H | RedLake Retail | | 4641018755 | | 01/09/2008 | $25.00 |
| 000060 | PMNT | 01/22/2008 | GC | H | Red Lake Retail Cent | | 4641019086 | | 01/23/2008 | $25.00 |