CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) Criminal No. 02-277 RHK/RLE
THERESA STATELY, )
)
Defendant. )
)

I hereby certify that on _January 24, 2008__, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Theresa Stately
XXXX
Redby, MN 56670

Red Lake Foods
Attn: Payroll
P.O. Box 545
Red Lake, MN 56671

_s/ Jessica Scott____________